CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
**Law Offices of Kit J. Gardner**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**619-525-9900**
**161736 CA**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>**ANI License Fund, LLC**<br><br>Debtor(s) | Bankruptcy No. |
| Plaintiff(s)<br>V.<br>Defendant(s) | Adversary No.<br><br>[add if filed in response to hearing]<br>Date of Hearing: **0**<br>Time of Hearing:<br>Name of Judge: |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

**ANI License Fund, LLC**, a
[Name of Corporate Party]

(check one)

■ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s): (check one)

■ All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

**GCC II, LLC**
**c/o Krista Freitag**
**501 W. Broadway, Ste. 290**
**San Diego, CA 92101**

**Kim Funding LLC**
**12626 High Bluff Dr.**
**Suite 300**
**San Diego, CA 92130**

OR

☐ There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: **April 16, 2024**                **/s/ Kit James Gardner**
                                          **Kit James Gardner 161736**
                                                      Attorney Signature