Kit James Gardner (161736)
**LAW OFFICES OF KIT J. GARDNER**
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 525-9900
Facsimile: (619) 374-2241
Email: kgardner@gardnerlegal.com

Proposed General Bankruptcy Counsel for
ANI License Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANI LICENSE FUND, LLC<br><br>    Debtor. | CASE NO.<br><br>CHAPTER 11<br><br>**DECLARATION RE STATEMENTS OF OPERATION AND CASH FLOW** |

I, Kim Peterson, declare as follows:

1.  I am over the age of eighteen and am the sole remaining Manager of ANI License Fund, LLC (the "Debtor"). I have personal knowledge of the facts set forth in this Declaration, except those facts stated on information and belief, which I believe to be true. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

/ / /

/ / /

/ / /

/ / /

1

2. The Debtor is unable to file a Statement of Operations with its petition for the reason that the last year in which the Debtor maintained a Statement of Operations was in 2021, and I cannot locate that Statement. The Debtor has not earned income since 2021, and has only incurred expenses, which will be detailed in the Debtor's forthcoming Schedules. The Debtor's main asset is its causes of action against Chicago Title Company, which the Debtor continues to litigate in the course of winding up its affairs.

3. The Debtor is unable to file a Statement of Cash Flow with its petition for the reason that, to my knowledge, the Debtor has never maintained a Statement of Cash Flow.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date set forth below at San Diego, California.

Date: April 16, 2016

KIM PETERSON

2